IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

AT KNOXVILLE

MAY 1998 SESSION

FILED

June 26, 1998

Cecil Crowson, Jr.
Appellate Court Clerk

| | | |
|---|---|---|
| STATE OF TENNESSEE, | ) | |
| | ) | |
| Appellee, | ) | No. 03C01-9708-CR-00330 |
| | ) | |
| | ) | Sullivan County |
| v. | ) | |
| | ) | Honorable Phyllis H. Miller, Judge |
| | ) | |
| LULA J. FLANIGAN, | ) | (Aggravated Kidnapping and |
| | ) | Aggravated Assault) |
| Appellant. | ) | |

## CONCURRING OPINION

I concur in the majority opinion. I add, though, that I do not believe we have to conduct the two-prong inquiry provided in State v. Anthony, 817 S.W.2d 299 (Tenn. 1991) and State v. Dixon, 957 S.W.2d 532 (Tenn. 1997). This is because an aggravated assault does not necessarily include the elements of kidnapping. Thus, I believe that an Anthony issue is not even implicated.

_____
Joseph M. Tipton, Judge